```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ SAMUEL WONG
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2772
```



**FILED**

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:11-sw-272 EFB |
| The premises at 9445 Fruitridge Road, Sacramento, California, including the buildings, offices, garages, all storage areas, all trash receptacles, and the entire grounds and yards; the person of Yan Ebyam; all vehicles controlled, driven and/or used by Yan Ebyam, including a 2006 Mercedes Benz, CLP 6FHL700; and a 2002 Lamborghini, CLP 4VZH270 leased to Yan Ebyam. | ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: _July 7_, 2011

_____
DALE A. DROZD
United States Magistrate Judge